EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone: (415) 977-8977
     Facsimile: (415) 744-0134
     Email: Lynn.Harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO YANEZ, | ) Case No. 5:15-cv-02545-AFM |
| | ) |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **ORDER AWARDING EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT** |
| | ) **ATTORNEY FEES AND** |
| CAROLYN W. COLVIN, Acting | ) **EXPENSES, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 2412(d), AND COSTS** |
| | ) **PURSUANT TO 28 U.S.C. § 1920** |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and

expenses in the amount of $4,300.00 as authorized by 28 U.S.C. § 2412, and costs

1

1    in the amount of $400.00 as authorized by 28 U.S.C. § 1920 be awarded subject to

2    the terms of the Stipulation.

3    DATED:  10/24/2016

4                                           ALEXANDER F. MACKINNON
                                            UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28